# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 14–81210

IN THE MATTER OF:
Nicarter Gordon    xxx–xx–8385
aka Shuckan Gordon
3007 Forrestal Drive
Durham, NC 27703

    Debtor(s)

## SHOW CAUSE ORDER AND NOTICE OF HEARING

It appearing to the court that the debtor(s) have failed to file an appropriate statement of completion of a personal financial management course as required by Bankruptcy Rule 4004 (c)(1)(H) in order for an Order of Discharge to be entered by the court; and pursuant to §727 (a) (11), the court cannot grant a discharge if the debtor fails to complete such financial management course; wherefore, it is hereby ORDERED that the debtor(s) and their attorney appear on

**Thursday, March 5, 2015 at 09:30 AM**
**Courtroom – Venable Center, Dibrell Building – Suite 280, 302 East Pettigrew Street, Durham, NC 27701**

and show cause why this case should not be closed without the entry of an Order of Discharge as a result of a failure by the debtor(s) to complete the personal financial management course as required under §727 (a)(11), Rule 4004 (c)(1)(H) and file the statement from an approved budget counseling agency as evidence of the completion of the course.

**Date: 2/18/15**

_____
Benjamin A. Kahn
United States Bankruptcy Judge

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.